The opinion heretofore filed herein is withdrawn, ahd the above opinion adopted in lieu thereof.

Opinion adopted by the Supreme Court.

## HARTSFIELD v. STATE.
### No. 17801.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge..

Conviction is for robbery; punishment assessed at twenty-five years in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition nothing·is presented for review.

The judgment is affirmed.